IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-313-D

| | |
|---|---|
| MASON BREEDING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ENERPAC TOOL GROUP ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

On August 30, 2021, defendant filed a joint motion requesting to participate in a court-hosted settlement conference [D.E. 10]. The motion is granted in part. The court refers this case to United States Magistrate Judge Gates for a court-hosted settlement conference. Judge Gates will notify the parties how he wishes to proceed concerning the settlement conference, and the date on which it will be held.

SO ORDERED. This 7 day of September, 2021.

JAMES C. DEVER III
United States District Judge